✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   1:13-CR-00042-003  (WLS) |
| **MONTRAVIS LUKE** | |

Montravis Luke has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Montravis Luke be discharged from supervision.

Respectfully submitted,

*Jennifer Fowler*

Jennifer T. Fowler
Drug and Alcohol Treatment Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___4th___ day of ___June___, 2026.

*W. Louis Sands*

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE